David H. Bernstein (SBN 336551)
dhbernstein@debevoise.com
**DEBEVOISE & PLIMPTON LLP**
650 California Street
San Francisco, CA 94108
Telephone: 415-738-5700

Anna M. Rennich (admitted *PHV*)
amrennic@debevoise.com
Eli M. Goldman (admitted *PHV*)
emgoldman@debevoise.com
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, NY 1001
Tel: 212-909-6000

Russell M. Selmont, Esq.
RSelmont@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, 12th Floor
Beverly Hills, CA 90212
rselmont@edjlaw.com
Tel: 310-273-6333

*Attorneys for Plaintiff*
*The Sam Bernstein Law Firm, PLLC*

Valeria Granata (SBN 305905)
Valeria.Granata@wilsonesler.com
David R. Lang (SBN 331426)
David.Lang@wilsonelser.com
Jura C. Zibas (SBN 217864)
Jura.Zibas@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
555 South Flower Street, Ste. 2900
Los Angeles, CA 90071
Telephone:  (213) 443-5100
Facsimile:   (213) 443-5101

*Attorneys for Defendants*
*Saman Ryan Heidari, Heidari Law Group, P.C., and Heidari Law Group PLLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE SAM BERNSTEIN LAW FIRM, PLLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMAN RYAN HEIDARI, HEIDARI LAW GROUP, P.C., AND HEIDARI LAW GROUP, PLLC,<br><br>Defendants. | Case No. 2:24-cv-10251-MWC-RAO<br><br>**JOINT STIPULATION AND REQUEST TO SET ADDITIONAL DISCOVERY DATES** |

JOINT STIPULATION TO SET ADDITIONAL DISCOVERY DATES.

1  Pursuant to Local Rule 7-1 and the Order Setting Scheduling Conference (ECF No. 32), Plaintiff The Sam Bernstein Law Firm, PLLC and Defendants Saman Ryan Heidari, Heidari Law Group, P.C., and Heidari Law Group, PLLC (collectively, the "Parties"), by and through their counsel, hereby stipulate as follows:

WHEREAS, the Court issued the Order Setting Scheduling Conference (ECF No. 32) (the "Order) on January 20, 2025;

WHEREAS, Section I.R of the Order provides that, in addition to the dates set forth in the Schedule of Pretrial and Trial Dates Worksheet (the "Worksheet"), parties may request that the Court set additional discovery dates by separate stipulation and proposed order;

WHEREAS, the Parties conferred on a discovery plan pursuant to Federal Rule of Civil Procedure 26(f) on February 14, 2025;

WHEREAS, the Parties agree that they shall serve initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) by February 25, 2025; and

WHEREAS, the Parties agree that they shall attend an early mediation by May 16, 2025.  The Parties further agree that if they are unable to reach a settlement at such early mediation, they will attend an additional mediation by the deadline set forth in the Worksheet or in this Court's scheduling order.

THEREFORE, the Parties request that the Court set a deadline of February 25, 2025, for the Parties to serve initial disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure.  The Parties further request that the Court set a deadline of May 16, 2025, for the Parties to attend an early mediation.

DATED:  February 21, 2025

By: */s/ David H. Bernstein*

David H. Bernstein
**DEBEVOISE & PLIMPTON LLP**
650 California Street, 31st Floor
San Francisco, CA 94108
dhbernstein@debevoise.com

-1-

JOINT STIPULATION TO SET ADDITIONAL DISCOVERY DATES.

|   |   |
|---|---|
| 1 | Tel: 212-909-6696 |
| 2 | |
| 3 | Anna M. Rennich (admitted *PHV*)<br>amrennic@debevoise.com |
| 4 | Eli M. Goldman (admitted *PHV*)<br>emgoldman@debevoise.com |
| 5 | **DEBEVOISE & PLIMPTON LLP** |
| 6 | 66 Hudson Boulevard<br>New York, NY 1001 |
| 7 | Tel: 212-909-6000 |
| 8 | Russell M. Selmont, Esq. |
| 9 | RSelmont@ecjlaw.com<br>**ERVIN COHEN & JESSUP LLP** |
| 10 | 9401 Wilshire Boulevard, 12th Floor |
| 11 | Beverly Hills, CA 90212<br>rselmont@edjlaw.com |
| 12 | Tel: 310-273-6333 |

*Attorneys for Plaintiff*
*The Sam Bernstein Law Firm, PLLC*

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: */s/ Valeria Granata* [1]
    Valeria Granata (SBN 305905)
    Valeria.Granata@wilsonesler.com
    David R. Lang (SBN 331426)
    David.Lang@wilsonelser.com
    Jura C. Zibas (SBN 217864)
    Jura.Zibas@wilsonelser.com
    555 South Flower Street, Ste. 2900
    Los Angeles, CA 90071
    Telephone:  (213) 443-5100
    Facsimile:   (213) 443-5101

---

[1] Pursuant to L.R. 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf this filing is submitted, concur in the filings' content and have authorized its submission.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Attorneys for Defendants Saman Ryan Heidari, Heidari Law Group, P.C., and Heidari Law Group PLLC*