UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  CV 24-10251-SK                                          Date: February 28, 2025
Title     The Sam Bernstein Law Firm, PLLC v. Heidari Law Group, PC

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **STANDING ORDER**[1]

**This action has been assigned to the civil consent calendar of Judge Steve Kim through the Voluntary Consent Program or the Magistrate Judges Direct Assignment Program.**

Unless otherwise ordered, the following modified procedures will govern civil proceedings assigned to this court by the full consent of the parties pursuant to 28 U.S.C. § 636(c)(1).

1. *Remote hearings on non-dispositive matters.*  Unless otherwise requested by the parties through stipulation for good cause or ordered by the court, pretrial hearings, including scheduling or status conferences, on non-dispositive matters are presumptively conducted remotely by videoconference.  Hearings on dispositive matters are presumptively held in person unless otherwise requested (with sufficient notice) by the parties through stipulation.

2. *Streamlined discovery motions.*  Except for unusually complex issues or when the parties request otherwise by stipulation, all discovery disputes may presumptively be submitted to the court through its Informal Discovery Conference procedure (outlined under the court's Local Procedures on the

---

[1] READ THIS ORDER CAREFULLY.  IT CHANGES SOME OF THE COURT'S OWN LOCAL PROCEDURES OTHERWISE APPLICABLE TO NON-CONSENT CIVIL MATTERS AND DIFFERS FROM THE DISTRICT LOCAL RULES IN CERTAIN WAYS.  [**revised Sept. 19, 2023**]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 24-10251-SK                                    Date: February 28, 2025

Title        The Sam Bernstein Law Firm, PLLC v. Heidari Law Group, PC

District Court website) instead of motion practice through Local Rule 37 or Local Rule 7.

3. *Scheduling order and trial dates.* Except for good cause or if the parties cannot agree by stipulation, the court will presumptively adopt the parties' proposed trial dates and pretrial deadlines in the scheduling order, and it will generally modify the scheduling order as requested from time to time so long as the parties agree by stipulation to the modified deadlines.

4. *Pretrial conferences.* To aid the parties' trial preparations, the court presumptively holds at least two pretrial conferences—an initial pretrial conference and a final pretrial conference—but reserves the right to conduct more as needed to ensure the just, speedy, and inexpensive determination of each trial.

This standing order is automatically vacated if any party declines to consent in a case assigned to the court under the Magistrate Judges Direct Assignment Program. There are no adverse substantive consequences for declining consent.

IT IS SO ORDERED.