UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 24-10241-SK                                               Date: February 28, 2025

Title   The Sam Bernstein Law Firm, PLLC v. Heidari Law Group, PC

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER RE: CASE MANAGEMENT**

　　In view of the reassignment of this case from the prior assigned judge based on the parties' consent to proceed before the Court for all proceedings under 28 U.S.C. section 636, the parties may request a scheduling conference with the Court and/or propose in writing scheduling dates different than those submitted in the parties' Joint Rule 26(f) Report.  (ECF 46).  Alternatively, the parties may stand on the dates proposed in their Joint Rule 26(f) Report, which the Court will adopt in a Scheduling Order.  The parties should notify the Court's deputy clerk in writing of their election within seven business days.

　　IT IS SO ORDERED.