UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 24-10251-SK                                            Date: March 12, 2025
Title         The Sam Bernstein Law Firm, PLLC v. Heidari Law Group, PC

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| None present | None present |

**Proceedings:**     (IN CHAMBERS) **SCHEDULING ORDER**

Based on the parties' Joint Rule 26(f) Report (ECF 46), the Court finds that no scheduling conference is needed and sets forth the schedule laid out below.  If the parties' agreements have changed in any way since the filing of their Joint Rule 26(f) Report, they may file a brief joint supplemental report, outlining the new developments or disagreements.  Subject to changes made based on any joint supplemental report, the below dates may be modified only upon a showing of good cause.  The Court shall determine if a scheduling or status conference is needed based on any supplemental filings.  In the event a hearing is needed, it can be done via Zoom videoconference.

| Matter | Date |
|---|---|
| Initial disclosures | March 19, 2025 |
| Early mediation | May 16, 2025 |
| Last date to hear motion to amend pleadings or add parties (Wednesday at 10:00 AM) | March 19, 2025 |
| Fact Discovery cut-off | July 17, 2025 |
| Expert disclosure (initial) | July 31, 2025 |
| Expert disclosure (rebuttal) | August 28, 2025 |
| Expert discovery cut-off | September 18, 2025 |
| Last date to hear motions (Wednesday at 10:00 AM) | November 19, 2025 |
| Deadline to complete settlement conference [L.R. 16-15] (Private mediation) | December 12, 2025 |
| Trial filings (first round):<br>• Motions in Limine | January 23, 2026 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 24-10251-SK                                                                 Date: March 12, 2025

Title         The Sam Bernstein Law Firm, PLLC v. Heidari Law Group, PC

| | |
|---|---|
| <ul><li>Memoranda of Contentions of Fact and Law [L.R. 16-4]</li><li>Witness Lists [L.R. 16-5]</li><li>Joint Exhibit List [L.R. 16-6.1]</li><li>Joint Status Report Regarding Settlement</li><li>Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)</li><li>Declarations containing Direct Testimony, if ordered (bench trial only)</li></ul> | |
| Trial filings (second round):<ul><li>Oppositions to Motions in Limine</li><li>Joint Proposed Final Pretrial Conference Order [L.R. 16-7]</li><li>Evidentiary Objections to Declarations of Direct Testimony (bench trial only)</li></ul> | February 6, 2026 |
| Final Pretrial Conference [L.R. 16]<br>Hearing on Motions in Limine | **February 18, 2026 at 10:00 AM** |
| Bench Trial (3 days) | **March 16, 2026 at 8:30 AM** |

IT IS SO ORDERED.