UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE SAM BERNSTEIN LAW FIRM, PLLC,<br><br>       Plaintiff,<br><br>    v.<br><br>SAMAN RYAN HEIDARI, HEIDARI LAW GROUP, P.C., AND HEIDARI LAW GROUP, PLLC,<br><br>       Defendants. | Case No. CV 24-10251-SK<br><br>**ORDER SETTING ADDITIONAL DISCOVERY DATES** |

    The Court, having read and considered the stipulation filed by Plaintiff The Sam Bernstein Law Firm, PLLC and Defendants Saman Ryan Heidari, Heidari Law Group, P.C., and Heidari Law Group, PLLC (collectively, the "Parties"), and finding GOOD CAUSE thereon, grants the Joint Stipulation and Request to Set Additional Discovery Dates.

1     **IT IS HEREBY ORDERED** that the Parties shall serve their initial disclosures pursuant to <u>Federal Rule of Civil Procedure 26(a)</u> by March 19, 2025.

    **IT IS FURTHER ORDERED** that the Parties shall attend early mediation no later than May 16, 2025.  If the Parties are unable to reach a settlement through that early mediation process, the Parties shall attend private mediation by the deadline set forth in this Court's Scheduling Order.

Dated: March 12, 2025.

                                               HON. STEVE KIM
                                               U.S. MAGISTRATE JUDGE