UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 24-10251-SK                              Date: March 26, 2025

Title        The Sam Bernstein Law Firm, PLLC v. Heidari Law Group, PC

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s):          Attorneys Present for Defendant(s):
None present                                          None present

**Proceedings:**        (IN CHAMBERS) **ORDER RE: EARLY PRIVATE
MEDIATION FORMAT**

Having reviewed the parties' supplemental joint Rule 26(f) report (ECF 57), the court reaffirms its prior order on the stipulation to complete early private mediation by or before May 16, 2025. Having jointly selected the Hon. George H. King (ret.) to serve as the early private mediator, the parties including principal representatives and their counsel (in the absence of a later voluntary agreement otherwise) must appear in person before Judge King in Los Angeles for the agreed-upon mediation according to Judge King's standard procedures and instructions for such mediation.

Judge King retains complete discretion, however, to permit one or more persons of either side (whether party representative, out-of-state counsel, or other person essential to any settlement) to participate remotely upon direct written advance request to Judge King if, in Judge King's sole and exclusive judgment or opinion, such remote participation by any excused representative, counsel, or other essential person will not hinder settlement prospects or impair final settlement authority on the day of the scheduled mediation. But in the absence of contrary party agreement or other tailored instruction by Judge King, the default expectation and order of the court in the event of any dispute or doubt is that the mediation will take place in person before Judge King with all essential representatives, persons, and counsel present by or before May 16, 2025.

IT IS SO ORDERED.