UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 24-10251-SK                                             Date: April 11, 2025
Title      The Sam Bernstein Law Firm, PLLC v. Heidari Law Group, PC

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s):           Attorneys Present for Defendant(s):

None present                                  None present

**Proceedings:**   (IN CHAMBERS) **ORDER RE: DEFENDANTS/COUNTER-CLAIMANTS' REQUEST TO ALLOW ATTORNEY RYAN GILE TO ATTEND THE MAY 14, 2025 HEARING REMOTELY (ECF 62)**

   Mr. Gile's request to appear remotely for the May 14 hearing on plaintiff's motion to dismiss certain counterclaims is provisionally granted. If, upon completion of briefing on the motion, the court determines that oral argument would be helpful (and thus does not vacate the noticed hearing), Mr. Gile may appear by Zoom (using the link available on the court's procedures and schedules page) with the understanding and expectation, however, that cocounsel appearing in person will take the lead in arguments opposing the motion.

   IT IS SO ORDERED.